1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Tel: 510-523-4702

4  Attorney for the Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTOPHE HOLGUIN aka )<br>CHRISTOPHER C. HOLGUIN )<br>aka CHRISTOPHER HOLGUIN )<br>)<br>)<br>)<br>Defendant(s). )<br>)<br>_____ ) | Case No. CV 08 2091 SLM<br><br><br><br><br><br><br>DISMISSAL WITHOUT PREJUDICE<br>Rule 41(a) FRCP |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, you are hereby authorized and directed to enter herein a Dismissal Without Prejudice.

Dated: July 11, 2008                         S/S
                                             MICHAEL COSENTINO
                                             Attorney for the Plaintiff
                                             United States of America